IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

NANCY OLVEY, )
 )
       Plaintiff, )
 )
 )
v. ) No. 3:09-CV-384
 )
WAL-MART STORES, INC., )
 )
       Defendant. )

## ORDER

This civil action is before the court on the "Report and Recommendation" [doc. 18] filed by United States Magistrate Judge H. Bruce Guyton on March 26, 2010. Judge Guyton recommended that the plaintiff's motion for voluntary dismissal [doc. 15] be granted and that this case be dismissed without prejudice. He further recommended that defendant's motion to dismiss [doc. 13] be denied as moot.

No objections to the report and recommendation have been filed within the time allowed. Fed. R. Civ. 72. The report and recommendation is **ACCEPTED IN WHOLE** under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). It is **ORDERED** for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that plaintiff's "Motion for Voluntary Dismissal of Lawsuit" [doc. 15] is **GRANTED**. This case is **DISMISSED WITHOUT PREJUDICE**. Defendant's "Motion to Dismiss" [doc. 13] is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

ENTER:

                s/ Leon Jordan
        United States District Judge